IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN GILLEN STARR,

      Petitioner,                        No. 2: 12-cv-0457 KJN P

      vs.

STATE OF CALIFORNIA, et al.,

      Respondents.                   <u>ORDER</u>

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 12, 2012, this action was transferred to this court from the Fresno Division of the United States District Court for the Eastern District of California.

        In the petition, petitioner appears to challenge convictions from Yolo County and Sacramento County. A petitioner seeking relief from judgments of more than one state court must file a separate petition covering the judgment or judgments of each court. Rule 2(e), Federal Rules Governing Section 2254 Cases. Accordingly, petitioner may not challenge both his Yolo County and Sacramento County convictions in this action.

        Court records indicate that petitioner has filed another habeas corpus petition in this court, 2: 12-cv-0083 KJN P. In 12-0083, petitioner also challenges both his Yolo County

1

1 and Sacramento County convictions.  Petitioner may proceed with his claims challenging his
2 Yolo County conviction in the instant action.  Petitioner may proceed with his claims challenging
3 his Sacramento County conviction in 12-0083.
4   Accordingly, IT IS HEREBY ORDERED that the petition is dismissed; petitioner
5 is granted thirty days from the date of this order to file an amended petition containing only the
6 claims challenging his Yolo County conviction; failure to comply with this order will result in
7 the recommendation of dismissal of this action.
8 DATED:  March 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

st457.ord