IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN GILLEN STARR,

      Petitioner,                    No. 2: 12-cv-0457 KJN P

    vs.

STATE OF CALIFORNIA, et al.,

      Respondents.              ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 5, 2012, documents sent to petitioner from the court were returned unserved marked "undeliverable, refused." On April 10, 2012, an order served on petitioner March 26, 2012 was returned unserved marked "undeliverable, refused."

        If petitioner refuses to receive mail from the court, this action cannot proceed.

////

////

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall show cause why this action should not be dismissed for his refusal to accept mail from the court; failure to respond to this order will result in the recommendation of dismissal of this action.

DATED: April 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

st457.osc