1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10     ROBIN GILLEN STARR,

11                    Petitioner,                     No. 2: 12-cv-0457 KJN P

12            vs.

13     STATE OF CALIFORNIA, et al.,

14                    Respondents.            ORDER

15     _____/

16            Petitioner is a state prisoner, proceeding without counsel, with a petition for writ

17     of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 25, 2012, the undersigned ordered

18     respondent to file a response to the second amended petition within sixty days.

19            On July 5, 2012, petitioner filed a motion for release from custody.  This request

20     is encompassed in the underlying petition.  Accordingly, this motion is denied as unnecessary.

21            On July 5, 2012, petitioner filed a motion for appointment of counsel. On June 25,

22     2012, the undersigned denied petitioner's two previous requests for counsel.  For the reasons

23     stated in the June 25, 2012 order, petitioner's July 5, 2012 motion for appointment of counsel is

24     denied.

25     ////

26     ////

                                                   1

1       On July 12, 2012, petitioner filed a motion for "relief from civil rights violations."

2  In this motion, petitioner requests that the court reverse his conviction.  This request is

3  encompassed in the underlying petition.  Accordingly, this motion is denied as unnecessary.

4       Accordingly, IT IS HEREBY ORDERED that:

5       1.  Petitioner's motion for release from custody (Dkt. No. 30) is denied;

6       2.  Petitioner's motion for appointment of counsel (Dkt. No. 31) is denied;

7       3.  Petitioner's motion for relief from civil rights violations (docketed as a

8  "motion for summary judgment") (Dkt. No. 35) is denied.

9  DATED:  July 19, 2012

10

11

12  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

13  st457.misc

14

15

16

17

18

19

20

21

22

23

24

25

26