IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN GILLEN STARR,

    Petitioner,          No. 2:12-cv-0457 MCE KJN P

  vs.

STATE OF CALIFORNIA, et al.,

    Respondents.        <u>ORDER</u>

_____/

       On October 29, 2012, petitioner filed a motion for records. While not entirely clear, it appears petitioner seeks to have excerpts of the court records sent to the Ninth Circuit Court of Appeals, and contends that respondents have failed to respond to the mandate of the Ninth Circuit Court of Appeals. It appears that petitioner is under the misapprehension that he won relief on appeal.

       However, by order filed October 18, 2012, the appellate court found that it "lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable." (Dkt. No. 97 at 2.) To the extent that petitioner intended his filing to be construed as a writ of mandamus, the Ninth Circuit found that petitioner failed to demonstrate his case warrants the intervention of this court by means of the extraordinary remedy of mandamus." (<u>Id.</u>) The appeal was dismissed for lack of jurisdiction. (<u>Id.</u> at 3.)

1

1   On November 13, 2012, the Ninth Circuit filed its mandate as to petitioner's
2   appeal, and the October 18, 2012 judgment of the Ninth Circuit took effect on November 13,
3   2012. (Dkt. No. 97 at 1.)
4   Because petitioner's appeal was dismissed by the Ninth Circuit, petitioner's
5   motion is denied.
6   Accordingly, petitioner's October 29, 2012 motion (dkt. no. 95) is denied.
7   DATED: November 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

star0457.app

2