IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN GILLEN STARR,

          Petitioner,               No. 2:12-cv-0457 MCE KJN P

    vs.

STATE OF CALIFORNIA, et al.,

          Respondents.        <u>ORDER</u>

_____/

By order filed December 5, 2012, respondents' motion to dismiss petitioner's challenge to the 2009 Yolo County conviction was granted because the action is barred by the statute of limitations.  On December 13, 2012, petitioner filed a motion for leave to file an amended complaint, bearing the caption <u>Starr v. Phelps</u>, et al., Case No. 1:12-cv-0063 DLB.[1] However, in the text of his filing, petitioner again challenges the charges underlying his Yolo County conviction.  (Dkt. No. 103 at 2.)  Because the court found that petitioner's challenge to the 2009 conviction is time-barred, granting petitioner leave to file an amended petition would be futile.  Thus, petitioner's December 13, 2012 motion is denied.

_____

[1] Case No. 1:12-cv-0063 DLB was the first case number assigned to the petition, which was erroneously filed in the Fresno Division.  On February 22, 2012, the case was transferred to the Sacramento Division, and assigned Case No. 2:12-cv-0457.

1

1        Accordingly, plaintiff's December 13, 2012 motion (dkt. no. 103) is denied.

2   DATED:  December 17, 2012

3

4                                    _____

5                                    KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

6   star0457.den

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26