1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBIN GILLEN STARR,

11           Petitioner,                    No. 2:12-cv-0457 MCE KJN P

12       vs.

13   STATE OF CALIFORNIA, et al.,

14           Respondents.                   ORDER

15   _____/

16           On January 7, 2013, petitioner filed a declaration.  However, this petition for writ

17   of habeas corpus was dismissed on December 5, 2012.  Documents filed by petitioner since the

18   closing date will be disregarded and no orders will issue in response to future filings.

19   DATED:  January 10, 2013

20                                          _____
                                            KENDALL J. NEWMAN
21                                          UNITED STATES MAGISTRATE JUDGE

22   star0457.158

23

24

25

26