IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR, | No. 2:12-cv-0457 MCE KJN P |
| Petitioner, | |
| vs. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, filed a notice of appeal of this Court's December 5, 2012, Order granting respondents' motion to dismiss petitioner's application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1

1    For the reasons set forth in the Magistrate Judge's October 19, 2012 findings and
2 recommendations (ECF No. 92), petitioner has not made a substantial showing of the denial of a
3 constitutional right.  Accordingly, a certificate of appealability should not issue in this action.
4    IT IS SO ORDERED.
5 DATED:   February 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE