IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN GILLEN STARR,

        Petitioner,               No. 2:12-cv-0457 MCE KJN P

    vs.

STATE OF CALIFORNIA, et al.,

        Respondents.           ORDER

_____/

         On February 21, 2013, petitioner filed a motion to dismiss all criminal charges against him.  However, on December 5, 2012, respondents' motion to dismiss this action as barred by the statute of limitations was granted.  Thus, the instant action was dismissed on December 5, 2012.  Accordingly, IT IS HEREBY ORDERED that petitioner's motion to dismiss (dkt. no. 115) is denied.  Further filings will be disregarded, and no orders will issue in response thereto.

DATED:  February 28, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

star0457.158b